**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:17-cv-02039
(To be supplied by the court)

YOURAS ZIANKOVICH , Plaintiff,

v.

BRYON M. LARGE ,

JAMES C. COYLE ,

,

,

,

,

,

, Defendant(s).

(List each named defendant on a separate line.)

**COMPLAINT**

(Rev. 07/06)

2
# PARTIES

1. Plaintiff  YOURAS ZIANKOVICH   is a citizen of  THE UNITED STATES
   who presently maintains an office at the following address:
   2821 S PARKER ROAD, SUITE 525, AURORA, CO 80014

2. Defendant  BRYON M. LARGE   is a citizen of  THE UNITED STATES
   who live(s) at or is/are located at the following address:
   1300 BROADWAY, SUITE 500, DENVER, CO 80203

3. Defendant  JAMES C. COYLE   is a citizen of  THE UNITED STATES
   who live(s) at or is/are located at the following address:
   1300 BROADWAY, SUITE 500, DENVER, CO 80203

   (Attach a separate page, if necessary, to list additional parties.)

# JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:
   Defendants' place of business

5. Briefly state the background of your case:

This is an action for the declaratory relief commenced pursuant to 28 U.S.C. § 2201 and in accordance with the Rule 57 of the Federal Rules of Civil Procedure.

The Defendants in this action are officers of the State of Colorado. Defendant Bryon M. Large is an Assistant Regulation Counsel in the Office of Attorney Regulation Counsel, Supreme Court of the State of Colorado. Defendant James C. Coyle is a Regulation Counsel in the Office of Attorney Regulation Counsel, Supreme Court of the State of Colorado.

Plaintiff, Youras Ziankovich, as an attorney licensed by the State of New York, mainly 2nd Judicial Department of the Appellate Division of the Supreme Court of the State of New York, license number 5196324.

Plaintiff, Youras Ziankovich, is admitted to practice in the US Federal District Court for the District of Colorado and in the Executive Office of Immigration Review.

Plaintiff, Youras Ziankovich, maintains two offices within the United States for his practice: New York office with the address 140 Broadway, 46th Floor, New York, NY 10005; and Colorado office with the address 2821 S Parker Road, Suite 525, Aurora, CO 80014.

3

Plaintiff, Youras Ziankovich, has a primary place of residence in the State of Colorado.

Plaintiff, Youras Ziankovich, has never been admitted as an attorney in the State of Colorado, or otherwise permitted to practice law within this State.

Plaintiff, Youras Ziankovich, never practiced law in the State of Colorado before the state courts and/or agencies.

Plaintiff's practice in the State of Colorado is strictly limited to federal matters only.

Defendants, acting jointly as Colorado court officials, on or about May 26, 2017 commenced a discipline action against Plaintiff for the alleged misconduct(s) committed by Plaintiff while practicing federal law.

Defendants commenced the said action without proper authority, in violation of the federal and state law.

Defendants, being requested by Plaintiff to withdraw the action, refused to do so claiming that they possess proper authority based on location of the Plaintiff's office.

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS

(Please number your paragraphs and attach any necessary additional pages.)

6. Plaintiff prays this Court for the declaratory relief, stating as follows:

- Plaintiff, while acting as an immigration attorney, is a State of New York attorney as described in 8 CFR 1.2, and acts pursuant to 8 C.F.R. Sec. 292.1(a)(1);
- Plaintiff, while acting as an immigration attorney, has obligation to act in accordance with the special rules established by 8 C.F.R. § 1003.102, as well as NY Rules of Professional Conduct;
- Plaintiff, while acting as an immigration attorney, is not an attorney licensed or otherwise permitted to practice in the State of Colorado;
- Practice of the federal law does not constitute practice of law in jurisdiction of the State of Colorado;
- Defendants have no authority to commence discipline action solely based on the Plaintiff's place of business and with disregarding of the State of Colorado law, mainly Colo. C.R.C.P. Section 251.1, against an out-of-state attorney, who never been licensed or otherwise permitted to practice law in the State of Colorado, and who is authorized to act by the US law without any State of Colorado authority.

4

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

- Declaratory relief pursuant to 28 U.S.C. § 2201;
- Costs of this action under the Equal Access to Justice Act, 28 U.S.C. § 2412.

Date:

(Plaintiff's Original Signature)

2821 S Parker Road, Suite 525

(Street Address)

Aurora, CO 80014

(City, State, ZIP)

(720) 260-4605

(Telephone Number)

(Rev. 07/06)